IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:97cr155-17

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GEORGE W. LOWRY, III | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT upon defendant's *pro se* motion for early termination of supervised release. Based upon the recommendation of Probation and for good cause shown, the motion is GRANTED effective the date of the signing of this Order.

IT IS SO ORDERED.

Signed: April 26, 2011

Graham C. Mullen
United States District Judge